# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br><br>Francis G. Piller<br><br><br>Debtor(s). | Case No. 25-11771-djb<br><br>Chapter 13 Judge Derek J Baker |

## REQUEST FOR NOTICE AND SERVICE OF COPIES

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

     PLEASE TAKE NOTICE that Hill Wallack LLP, as authorized agent for the interested party identified below, request that a copy of each document, pleading, notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Federal Rules of Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court, and the United States Bankruptcy Code, be served upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

                                            Respectfully submitted,
                                            Hill Wallack LLP

                                            /s/ Aleksandra Fugate
                                            Aleksandra Fugate
                                            Hill Wallack LLP
                                            Phone: 929-295-7874
                                            Email: afugate@hillwallack.com
                                            Authorized agent for NewRez LLC dba
                                            Shellpoint Mortgage Servicing as servicer
                                            for The Bank of New York Mellon f/k/a The
                                            Bank of New York as Indenture trustee for

CWHEQ Revolving Home Equity Loan
Trust, Series 2007-A

# CERTIFICATE OF SERVICE
## OF REQUEST FOR NOTICE AND SERVICE OF COPIES

      I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before June 18, 2025, via U.S. Mail. All other parties in interest listed on the Notice of Electronic filing have been served electronically.

**VIA CM/ECF ELETRONIC NOTICE**

MICHAEL A. CIBIK
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Office of United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

Francis G. Piller
4334 1/2 Boone St
Philadelphia, PA 19128

                                           By: /s/ Aleksandra Fugate
                                                  Aleksandra Fugate
                                                    Hill Wallack LLP