**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                   Case No. 25-11771-djb
                                                           Chapter 13

Francis G. Piller

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for ATC2021 Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976

                                                      By:   /s/ Steven K. Eisenberg
                                                           Steven K. Eisenberg, Esquire
                                                           Bar No: 75736
                                                           Stern & Eisenberg, PC
                                                           1581 Main Street, Ste. 200
                                                           The Shops at Valley Square
                                                           Warrington, PA 18976
                                                           Phone: 215-572-8111
                                                           Fax: 215-572-5025
                                                           seisenberg@sterneisenberg.com
                                                           Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 23rd day of June, 2025, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
***Attorney for Debtor(s)***

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Francis G. Piller
4334 1/2 Boone Street
Philadelphia, PA 19128-4901

***Debtor(s)***

                                                    By:       /s/ Steven K. Eisenberg
                                                               Steven K. Eisenberg, Esquire