**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Francis G. Piller<br>　　　　　Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for ATC2021 Trust<br>　　　　　Movant<br>v.<br>Francis G. Piller<br>　　　　　Respondent(s) | Chapter: 13<br><br>Case No: 25-11771-djb |

**<u>ORDER</u>**

AND NOW, upon the Objection of Wilmington Savings Fund Society, FSB, not in its individual

capacity but solely as trustee for ATC2021 Trust and after the opportunity for hearing and considering of

all evidence, arguments and briefs of Counsel, it is ORDERED and DECREED that confirmation of the

Chapter 13 Plan is DENIED.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE