## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>Francis G. Piller<br>　　　　　Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not in its<br>individual capacity but solely as trustee for<br>ATC2021 Trust<br>　　　　　Movant<br>v.<br>Francis G. Piller<br>　　　　　Respondent(s) | Chapter: 13<br><br>Case No: 25-11771-djb |

### CERTIFICATE OF SERVICE OF OBJECTION TO PLAN

I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
**Counsel for Debtor**

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Francis G. Piller
4334 1/2 Boone Street
Philadelphia, PA 19128-4901
**Debtor(s)**

STERN & EISENBERG, PC
By:  _/s/ Daniel P. Jones_____
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
djones@sterneisenberg.com
Bar Number: 321876
Counsel for Movant

Date:  June 24, 2025