**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Francis G. Piller,<br><br>        Debtor,<br><br>Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3,<br><br>        Movant,<br>  v.<br><br>Francis G. Piller,<br><br>        Debtor,<br><br>Kenneth E. West,<br>        Trustee/Respondent. | Bankruptcy No. 25-11771-djb<br><br>Chapter 13<br><br>Related to Doc. No. 18 |

<u>**DEUTSCHE BANK NATIONAL TRUST COMPANY'S OBJECTION TO CONFIRMATION OF**
**DEBTOR'S CHAPTER 13 PLAN**</u>

Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the

IMPAC Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3,

("<u>DEUTSCHE BANK</u>"), by and through its undersigned counsel, hereby objects to the proposed

Chapter 13 Plan of Debtor, Francis G. Piller, and in support thereof alleges as follows:

1. Debtor, Francis G. Piller, filed a voluntary petition pursuant to Chapter 13 of the

   Bankruptcy Code on May 5, 2025.

2. DEUTSCHE BANK holds a security interest in the Debtor's real property located 3217 Winter Street, Philadelphia, PA 19104 (the "Property"), by virtue of a Mortgage recorded with the Philadelphia County Recorder of Deeds on April 4, 2007 in instrument No. 51664409 which has ultimately been assigned to Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the IMPAC Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3.

3. Said Mortgage secures a Note in the amount of $292,000.00

4. Upon review of internal records, it is anticipated that DEUTSCHE BANK Proof of Claim will include a pre-petition arrearage of approximately $86,901.21 a true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5. On June 16, 2025, Debtor filed a Chapter 13 Plan (the "Plan") A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full pre-petition arrearage of $86,901.21 as it only provides $74,252.00 that will be paid to Secured Creditor through the Plan. See Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Chapter 13 Trustee's Office.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) DEUTSCHE BANK hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

**WHEREFORE**, Secured creditor Deutsche Bank National Trust Company, as trustee, on

behalf of the holders of the IMPAC Secured Assets Corp. Mortgage Pass-Through Certificates

Series 2007-3, respectfully requests that this Court not confirm the Chapter 13 Plan of Debtor,

Francis G. Piller.

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

Date: June 25, 2025

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Francis G. Piller,<br><br>       Debtor,<br><br>U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust,<br><br>       Movant,<br>  v.<br><br>Francis G. Piller,<br><br>       Debtor,<br><br>Kenneth E. West,<br>       Trustee/Respondent. | Bankruptcy No. 25-11771-djb<br><br>Chapter 13<br><br>Related to Doc. No. 18 |

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on <u>June 25, 2025</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701

Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Francis G. Piller
4334 1/2 Boone Street
Philadelphia, PA 19128-4901

                                        Respectfully Submitted,

                                        **Robertson, Anschutz, Schneid, Crane &
                                        Partners, PLLC**
                                        Authorized Agent for Secured Creditor
                                        13010 Morris Rd., Suite 450
                                        Alpharetta, GA 30004
                                        Phone: (470) 321-7112
                                        Fax: (404) 393-1425

                                        By: /s/Robert Shearer
                                        Robert Shearer, Esquire
                                        Pennsylvania Bar Number 83745
                                        Email: rshearer@raslg.com