## Bankruptcy Proof of Claim: ▮▮▮ [ Account Data Views: ▮ ]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Borrower:** | PILLER,FRANCIS | **Address:** | 3217 WINTER STREET | **Prin Bal:** | $384,223.55 | **Investor Type:** | ▮ |
| **Co-Borrower Name:** | | **City:** | PHILADELPHIA | **Add Prin Bal:** | $0.00 | **Investor #:** | ▮ |
| **Due Date:** | 12/01/2023 | **State:** | PA | **Account Type:** | First Mortgage - Conventional Without PMI | **Investor Account #:** | ▮ |
| **Last Pmt Appd On:** | | **Zip Code:** | 19104 | **Total Pmt Amt:** | $2,686.70 | **PLS Client ID:** | |

## Pre-Petition Claim

| Pre-Petition Claim | | | |
|---|---|---|---|
| **Petition Claim Date:** | 05/06/2025 | **Petition Acknowledge Date:** | |
| **Confirmation Hearing Date:** | | **Petition Claim Amount:** | $86,901.21 |
| **Petition Confirmed Amount:** | $86,901.21 | **Preliminary:** | Yes |
| **Principal Balance:** | $384,223.55 | **Pre-Petition Claim Required:** | Yes |
| **Revised Claim Date:** | | | |

### Payment Schedule For Pre-Petition

Row Count = 3

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/01/2023 | 12/01/2023 | $2,686.70 | $2,686.70 | 1 | $38.57 | $38.57 |
| 2 | 01/01/2024 | 06/01/2024 | $2,639.34 | $15,836.04 | 6 | $38.57 | $231.42 |
| 3 | 07/01/2024 | 05/01/2025 | $6,153.11 | $67,684.21 | 11 | $38.57 | $424.27 |
| Pymt and Lt Chg Totals: | 12/01/2023 | 05/01/2025 | | $86,206.95 | 18 | | $694.26 |

| **Total Late Charges Paid to Date:** | $0.00 | | |
|---|---|---|---|

### Fees For Pre-Petition

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 1

| Post-Petition Claim 1 |
|---|
| No Data Available |

### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

| No Data Available | | |
|---|---|---|

### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

| Post-Petition Claim 2 |
|---|
| No Data Available |

### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

| No Data Available | | |
|---|---|---|

### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |