**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Francis G. Piller,<br><br>      Debtor,<br><br>U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust,<br><br>      Movant,<br>  v.<br><br>Francis G. Piller,<br><br>      Debtor,<br><br>Kenneth E. West,<br>      Trustee/Respondent. | Bankruptcy No. 25-11771-djb<br><br>Chapter 13<br><br>Related to Doc. No. 18 |

## U.S. BANK TRUST NATIONAL ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust, ("U.S. BANK"), by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor, Francis G. Piller, and in support thereof alleges as follows:

1. Debtor, Francis G. Piller, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 5, 2025.

2. U.S. BANK holds a security interest in the Debtor's real property located 129 Jamestown Avenue, Philadelphia, PA 19127 (the "Property"), by virtue of a Mortgage recorded with the Philadelphia County Recorder of Deeds on November 23, 2007 in Document ID. 51813217 which has ultimately been assigned to U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust.

3. Said Mortgage secures a Note in the amount of $245,000.00

4. Upon review of internal records, it is anticipated that U.S. BANK Proof of Claim will include a pre-petition arrearage of approximately $16,094.86 a true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5. On June 16, 2025, Debtor filed a Chapter 13 Plan (the "Plan") A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full pre-petition arrearage of $16,094.86 as it only provides $7,349.00 that will be paid to Secured Creditor through the Plan. See Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Chapter 13 Trustee's Office.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) U.S. BANK hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

**WHEREFORE**, Secured creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust, respectfully

requests that this Court not confirm the Chapter 13 Plan of Debtor, Francis G. Piller.

                    Respectfully Submitted,

          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
          Authorized Agent for Secured Creditor
          13010 Morris Rd., Suite 450
          Alpharetta, GA 30004
          Phone: (470) 321-7112
          Fax: (404) 393-1425

          By: /s/Robert Shearer
          Robert Shearer, Esquire
          Pennsylvania Bar Number 83745
          Email: rshearer@raslg.com

Date: June 25, 2025

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Francis G. Piller,<br><br>      Debtor,<br><br>U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust,<br><br>      Movant,<br>  v.<br><br>Francis G. Piller,<br><br>      Debtor,<br><br>Kenneth E. West,<br>      Trustee/Respondent. | Bankruptcy No. 25-11771-djb<br><br>Chapter 13<br><br>Related to Doc. No. 18 |

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on <u>June 25, 2025</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701

Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Francis G. Piller
4334 1/2 Boone Street
Philadelphia, PA 19128-4901

                          Respectfully Submitted,

                          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                          Authorized Agent for Secured Creditor
                          13010 Morris Rd., Suite 450
                          Alpharetta, GA 30004
                          Phone: (470) 321-7112
                          Fax: (404) 393-1425

                          By: /s/Robert Shearer
                          Robert Shearer, Esquire
                          Pennsylvania Bar Number 83745
                          Email: rshearer@raslg.com