## Bankruptcy Proof of Claim: ▐▌ [ Account Data Views: ▐▌ ]

| Borrower: | PILLER,FRANK | Address: | 129 JAMESTOWN AVE | Prin Bal: | $217,152.03 | Investor Type: | ▐▌ |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | PHILADELPHIA | Add Prin Bal: | $0.00 | Investor #: | ▐▌ |
| Due Date: | 11/01/2024 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | ▐▌ |
| Last Pmt Appd On: | 11/04/2024 | Zip Code: | 19127 | Total Pmt Amt: | $1,365.81 | PLS Client ID: | ▐▌ |

## Pre-Petition Claim

### Pre-Petition Claim

| | | | |
|---|---|---|---|
| Petition Claim Date: | 05/08/2025 | Petition Acknowledge Date: | |
| Confirmation Hearing Date: | | Petition Claim Amount: | $16,094.86 |
| Petition Confirmed Amount: | $16,094.86 | Preliminary: | Yes |
| Principal Balance: | $217,152.03 | Pre-Petition Claim Required: | Yes |
| Revised Claim Date: | | | |

#### Payment Schedule For Pre-Petition

Row Count = 2

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 11/01/2024 | 01/01/2025 | $1,365.81 | $4,097.43 | 3 | $0.00 | $0.00 |
| 2 | 02/01/2025 | 05/01/2025 | $1,598.46 | $6,393.84 | 4 | $0.00 | $0.00 |
| Pymt and Lt Chg Totals: | 11/01/2024 | 05/01/2025 | | $10,491.27 | 7 | | $0.00 |

| Total Late Charges Paid to Date: | $0.00 | | |
|---|---|---|---|

#### Fees For Pre-Petition

Row Count = 6

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| ES | ESCROW SHORTAGE | $2,303.77 | $2,303.77 | $0.00 |
| 11 | LATE CHARGES | $145.59 | $145.59 | $0.00 |
| BC | BK ATTY COST | $0.00 | $0.00 | $0.00 |
| FA | FCL ATTY FEE | $2,864.23 | $2,864.23 | $0.00 |
| FC | FCL COST | $140.00 | $140.00 | $0.00 |
| PI | PROPERTY INSPECTIONS | $150.00 | $150.00 | $0.00 |
| Fee Totals: | | $5,603.59 | $5,603.59 | $0.00 |

## Post-Petition Claim 1

### Post-Petition Claim 1

No Data Available

#### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

#### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

### Post-Petition Claim 2

No Data Available

#### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

#### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |