# Bankruptcy Proof of Claim: ▮▮▮▮▮▮ [ Account Data Views: ▮ ]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Borrower:** | PILLER,FRANCIS | **Address:** | 4167 APPLE ST | **Prin Bal:** | $133,729.92 | **Investor Type:** | ▮ |
| **Co-Borrower Name:** | | **City:** | PHILADELPHIA | **Add Prin Bal:** | $0.00 | **Investor #:** | ▮ |
| **Due Date:** | 12/01/2022 | **State:** | PA | **Account Type:** | First Mortgage - Conventional Without PMI | **Investor Account #:** | ▮ |
| **Last Pmt Appd On:** | | **Zip Code:** | 19127 | **Total Pmt Amt:** | $1,095.72 | **PLS Client ID:** | ▮ |

## Pre-Petition Claim

| Pre-Petition Claim | | | |
|---|---|---|---|
| **Petition Claim Date:** | 05/09/2025 | **Petition Acknowledge Date:** | |
| **Confirmation Hearing Date:** | | **Petition Claim Amount:** | $42,860.41 |
| **Petition Confirmed Amount:** | $42,860.41 | **Preliminary:** | Yes |
| **Principal Balance:** | $133,729.92 | **Pre-Petition Claim Required:** | Yes |
| **Revised Claim Date:** | | | |

### Payment Schedule For Pre-Petition

Row Count = 5

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/01/2022 | 10/01/2023 | $1,095.72 | $12,052.92 | 11 | $0.00 | $0.00 |
| 2 | 11/01/2023 | 11/01/2023 | $1,300.57 | $1,300.57 | 1 | $0.00 | $0.00 |
| 3 | 12/01/2023 | 11/01/2024 | $1,283.91 | $15,406.92 | 12 | $0.00 | $0.00 |
| 4 | 12/01/2024 | 01/01/2025 | $1,399.13 | $2,798.26 | 2 | $0.00 | $0.00 |
| 5 | 02/01/2025 | 05/01/2025 | $1,370.91 | $5,483.64 | 4 | $0.00 | $0.00 |
| Pymt and Lt Chg Totals: | 12/01/2022 | 05/01/2025 | | $37,042.31 | 30 | | $0.00 |

| | | | |
|---|---|---|---|
| **Total Late Charges Paid to Date:** | $0.00 | | |

### Fees For Pre-Petition

Row Count = 6

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| ES | ESCROW SHORTAGE | $2,046.82 | $2,046.82 | $0.00 |
| 11 | LATE CHARGES | $247.73 | $247.73 | $0.00 |
| BC | BK ATTY COST | $0.00 | $0.00 | $0.00 |
| FA | FCL ATTY FEE | $1,920.25 | $1,920.25 | $0.00 |
| FC | FCL COST | $1,258.33 | $1,258.33 | $0.00 |
| PI | PROPERTY INSPECTIONS | $344.97 | $344.97 | $0.00 |
| Fee Totals: | | $5,818.10 | $5,818.10 | $0.00 |

## Post-Petition Claim 1

| Post-Petition Claim 1 |
|---|
| No Data Available |

### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

| Post-Petition Claim 2 |
|---|
| No Data Available |

### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |