United States Bankruptcy Court
Eastern District of Pennsylvania

In re:            Case No. 25-11771-djb
Francis G. Piller          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Sep 12, 2025      Form ID: pdf900      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Francis G. Piller, 4334 1/2 Boone Street, Philadelphia, PA 19128-4901 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 15027687 | + | Capital Crossing Commercial Finance LLC, 101 North Tryon Street, Suite 1401, Charlotte, NC 28246-0103 |
| 15019321 | + | Capital Crossing Commercial Finance, LLC, C/O Lyndsay Elizabeth Rowland, Starfield & Smith, P.C., 1300 Virginia Drive, Ste. 325, Fort Washington, PA 19034-3223 |
| 15020490 | + | NewRez LLC, c/o Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016-2311 |
| 15005207 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15005210 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15005214 | + | Sls/equity, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 15005217 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15022341 | + | Wilmington Savings Fund Society, C/O Steven Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2025 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:17:27 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 13 2025 00:51:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | ^ | MEBN | Sep 13 2025 00:39:32 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 13 2025 00:51:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15005199 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 13 2025 00:51:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 15021256 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:04:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 15005200 | | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15005201 | | Email/Text: bankruptcy@philapark.org | Sep 13 2025 00:51:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15005202 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 13 2025 00:51:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 15005203 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 13 2025 00:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15009513 | + | Email/Text: RASEBN@raslg.com | Sep 13 2025 00:51:00 | Deutsche Bank National Trust Company, C/O Sherri Dicks, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15009464 | + | Email/Text: RASEBN@raslg.com | Sep 13 2025 00:51:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15028415 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 13 2025 00:51:00 | | Deutsche Bank National Trust Company, c/o, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165 -0250 |
| 15005204 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2025 00:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15005205 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 13 2025 00:51:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 15005206 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 13 2025 00:51:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, 1661 Worthington Rd, Ste 100, West Palm Beach, FL 33409-6493 |
| 15005208 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2025 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15005209 | ^ | MEBN | Sep 13 2025 00:39:43 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15005211 | | Email/Text: bankruptcy@philapark.org | Sep 13 2025 00:51:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15015933 | ^ | MEBN | Sep 13 2025 00:39:32 | SN Servicing Corporation, C/O Lauren Moyer, FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15005212 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 13 2025 00:51:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15005213 | | Email/Text: bkteam@selenefinance.com | Sep 13 2025 00:51:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 15005215 | + | Email/Text: bknotices@snsc.com | Sep 13 2025 00:51:00 | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |
| 15025794 | | Email/Text: mtgbk@shellpointmtg.com | Sep 13 2025 00:51:00 | The Bank of New York Mellon f/k/a The Bank of New, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15005216 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2025 00:51:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15009003 | + | Email/Text: RASEBN@raslg.com | Sep 13 2025 00:51:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15020007 | ^ | MEBN | Sep 13 2025 00:39:25 | U.S. Bank Trust National Association et. al, c/o |

Case 25-11771-djb    Doc 38    Filed 09/14/25    Entered 09/15/25 00:37:56    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 15026414 | + | Email/Text: bkteam@selenefinance.com | Sep 13 2025 00:51:00 | SN Servicing Corporation, 323 Fifth Street,, Eureka, CA 95501-0305 U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15037265 | | Email/Text: EDBKNotices@ecmc.org | Sep 13 2025 00:51:00 | U.S. Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 15022794 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2025 01:04:51 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15022186 | ^ | MEBN | Sep 13 2025 00:39:33 | Wilmington Savings Fund Society, FSB, et al, c/o Statebridge Company, LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15026704 | *+ | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for ATC2021 Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee for Igloo Series IV Trust bkecf@friedmanvartolo.com |
| LYNDSAY ELIZABETH ROWLAND | |

Case 25-11771-djb   Doc 38   Filed 09/14/25   Entered 09/15/25 00:37:56   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf900 | Total Noticed: 44 |

| | |
|---|---|
| | on behalf of Creditor Capital Crossing Commercial Finance LLC lrowland@starfieldsmith.com, arosen@starfieldsmith.com |
| MICHAEL A. CIBIK | on behalf of Debtor Francis G. Piller help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Deutsche Bank National Trust Company as trustee, on behalf of the holders of the IMPAC Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3 rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor Deutsche Bank National Trust Company sdicks@raslg.com shrdlaw@outlook.com |
| STEVEN K. EISENBERG | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee for ATC2021 Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　FRANCIS G. PILLER<br><br>　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 25-11771-DJB |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: September 12, 2025**